IN THE SUPREME COURT OF THE STATE OF DELAWARE

RESTANCA, LLC, a Delaware limited liability company, on its own behalf and in its capacity as Sellers' Representative, and REBY, Inc., a Delaware corporation,

Plaintiffs Below, Appellants,

v.

HOUSE OF LITHIUM, LTD., a foreign corporation,

Defendant Below, Appellee.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 49, 2024

Court Below: Court of Chancery of the State of Delaware

C.A. No. 2022-0690

Submitted: September 25, 2024
Decided: October 9, 2024

Before **SEITZ**, Chief Justice; **VALIHURA**, **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices, constituting the Court *en Banc*.

# **O R D E R**

NOW this 9th day of October 2024, the Court having considered this matter on the briefs and oral arguments of the parties and the record below and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated June 30, 2023, its Order Addressing Applications For Attorneys' Fees and Expenses dated December 8, 2023 and its Final Order and Judgment dated January 8, 2024;

NOW THEREFORE, IT IS ORDERED that the decisions and judgment of the Court of Chancery be and the same hereby are AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*